1
2
3
4
5
6
7
8
9
10
11
12

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

13
14
15
16  ELIZABETH ANN DOUGHERTY as co-special administratrix of the Estate of PATRICK JAMES CAVANUGH SR.;
17  PATRICK JAMES CAVANUGH JR., as special administrator of the estate of
18  PATRICK JAMES CAVANUGH SR., and PATRICK JAMES CAVANUGH, JR.,
19  AIKI CAVANUGH and PATRICK JAMES "PJ" CAVANUGH,
20
    Plaintiffs,
21
    vs.
22
23  E.K. MCDANIEL in his official capacity as WARDEN at ELY STATE PRISON (ESP); DEBRA BROOKS in her official
24  capacity as ASSOCIATE WARDEN FOR OPERATIONS at ESP; ADAM ENDEL in
25  his official capacity as ASSOCIATE WARDEN FOR PROGRAMS at ESP;
26  THEODORE D'AMICO, M.D., MEDICAL DIRECTOR for Nevada Department of
27  Corrections; ROBERT BANNISTER,
28

**Case No.: 3:08-cv-00192-LRH-RAM**

**STIPULATION TO ENLARGE TIME FOR RESPONSE TO MOTION TO DISMISS ; ORDER**

*MARCHESE & McKENNA (702) 385-5444*

1  M.D., MEDICAL DIRECTOR for Nevada Department of Corrections STEVEN
2  MacARTHUR, M.D.; MAX CARTER; STATE OF NEVADA DEPARTMENT of
3  CORRECTIONS as nominal Defendants; JOHN DOES 1 through 15, inclusive;
4  BLACK & WHITE CORPORATIONS 1 through 15, inclusive, RED AND WHITE
5  MUNICIPAL ENTITIES 1 through 15, inclusive,
6
                    Defendants.
7  _____/

8   Plaintiffs' ELIZABETH ANN DOUGHERTY, as co-special administratrix of the Estate
9  of PATRICK JAMES CAVANUGH SR., and PATRICK JAMES "PJ" CAVANUGH, by and
10 through their counsel, CAL J. POTTER, III, ESQ., of POTTER LAW OFFICES, PATRICK
11 JAMES CAVANUGH JR., as special administrator of the estate of PATRICK JAMES
12 CAVANUGH SR., and PATRICK JAMES CAVANUGH, JR., by and through his counsel
13 MARC PICKER, ESQ., of MARC PICKER, ESQ., LTD., and AIKI CAVANUGH, by and
14 through his counsel DONALD YORK EVANS, ESQ., of DONALD YORK EVANS, LTD.,
15 Defendants E.K. MCDANIEL, DEBRA BROOKS, ADAM ENDEL, THEODORE D'AMICO,
16 M.D., ROBERT BANNISTER, M.D., STEVEN MacARTHUR, M. D., and MAX CARTER, by
17 and through their counsel, CATHERINE CORTEZ MASTO, ATTORNEY GENERAL OF
18 THE STATE OF NEVADA, and JANET E. TRAUT, SENIOR DEPUTY ATTORNEY
19 GENERAL, hereby stipulate and agree to enlarge time for Plaintiffs' to file a responsive
20 pleading to Defendants' Motion to Dismiss until September 5, 2008.

**DATED**: August 29, 2008.                    **DATED**: August 29, 2008.

MARC PICKER, ESQ., LTD.                        DONALD YORK EVANS, ESQ.


 /s/ MARC PICKER                                /s/ DONALD YORK EVANS
MARC PICKER, ESQ.                              DONALD YORK EVANS, ESQ.
State Bar Number 3566                          State Bar Number 1070
729 Evans Avenue                               216 East Liberty Street
Post Office Box 3344                           Post Office Box 864
Reno, Nevada 89505                             Reno, Nevada 89504

28 ///

1  **DATED**: August 29, 2008.                    **DATED**: August 29, 2008.

2  POTTER LAW OFFICES                             CATHERINE CORTEZ MASTO
                                                  ATTORNEY GENERAL
3

4   /s/ CAL J. POTTER, III                         /s/ JANET E. TRAUT
   CAL J. POTTER, III, ESQ.                       JANET E. TRAUT, ESQ.
5  State Bar Number 1988                          State Bar Number 8695
   1125 Shadow Lane                               NV ATTORNEY GENERAL'S OFFICE
6  Las Vegas, NV 89102                            100 North Carson Street
                                                  Carson City, Nevada 89701
7

8  **IT IS SO ORDERED:**
9

10     DATED this 2nd day of September, 2008.

11

12

13                                                _____
                                                  LARRY R. HICKS
14                                                UNITED STATES DISTRICT JUDGE

- 3 -