CATHERINE CORTEZ MASTO
Nevada Attorney General
STEPHEN D. QUINN
Chief Deputy Attorney General
Nevada Bar No. 5746
Bureau of Litigation
100 No. Carson St.
Carson City, NV 89701-4717
Tel:   775-684-1222
Fax:   775-684-1275

*Attorneys for Defendants E.K. McDaniel,
Debra Brooks, Adam Endel, Robert Bannister,
Max Carter, and Theodore D'Amico.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ELIZABETH ANN DOUGHERTY as co-special administratrix of the Estate of PATRICK JAMES CAVANAUGH, SR.; PATRICK JAMES CAVANAUGH, JR; as special administrator of the estate of PATRICK JAMES CAVANAUGH, SR., and PATRICK JAMES CAVANAUGH, JR., AIKI CAVANAUGH and PATRICK JAMES "PJ" CAVANAUGH,<br><br>Plaintiffs,<br><br>v.<br><br>E.K McDANIEL, et al.,<br><br>Defendants. | Case No. 3:08-cv-00192-LRH-RAM<br><br>ORDER |

It is hereby ordered that Defendants shall tender the settlement payment check to Plaintiffs by delivery to Cal J. Potter, III, Esq., who shall deposit the funds in his client trust account. The settlement funds shall not be removed from Mr. Potter's trust account until the state probate court with jurisdiction over the estate of decedent Patrick J. Cavanaugh, Sr., shall issue an order approving the compromise and settlement, by the duly appointed administrator or personal representative of said estate, of the claim of said estate asserted in

this action, and further until said order of said probate court shall be presented to and approved by counsel for Defendants. Upon approval of the compromise and settlement of the claim of the estate by the probate court, the Plaintiffs may remove the settlement funds in Mr. Potters' trust account except as otherwise limited by court order or applicable law.

Dated this _____ day of _____, 2011.

CATHERINE CORTEZ MASTO
Attorney General

By: _____
Stephen D. Quinn
Chief Deputy Attorney General

*Attorneys for Defendants E.K. McDaniel, Debra Brooks, Adam Endel, Robert Bannister, Max Carter, and Theodore D'Amico*

APPROVED AS TO FORM AND CONTENT:

Dated: January 31, 2011

_____
CAL J. POTTER, ESQ.
Attorney for Plaintiffs

IT IS SO ORDERED this 2nd day of February, 2011.

_____
Peggy A. Leen
United States Magistrate Judge

G:\LITIGATION\Carson\Support Staff\Sharp, Pamela\Quinn\Cases\DOUGHERTY 192\Order re Settlement Funds.doc